UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 26-13163-RGS

ZACARIAS BLANCO-OLEA

v.

FEDERAL BUREAU OF PRISONS, et al.

ORDER ON REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

October 6, 2026

STEARNS, D.J.

I agree with Magistrate Judge Jennifer Boal's recommendation that the Complaint should be dismissed for plaintiff Zacarias Blanco-Olea's failure to comply with the court Orders dated July 24, 2026 (Order denying the *in forma pauperis* motion without prejudice because he did not include the six-month institutional account required under 28 U.S.C. § 1915(a)(2) (Dkt #5)) and August 14, 2026 (Order directing Blanco-Olea to either (1) pay the $405 filing fee; or (2) file a renewed motion for leave to proceed in forma pauperis, and the court stated that failure to do so within twenty days could result in dismissal of the action without prejudice (Dkt #8). Petitioner failed to respond to the Orders or to file an Objection to the Report and Recommendation issued by Magistrate Judge Boal on September 21, 2026

(and mailed to Mr. Blanco-Olea that same day).[1] Consequently, the Recommendation is ADOPTED, and the petition is DISMISSED. The Clerk shall notify the petitioner and close the case.

SO ORDERED.

/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner has not filed an Objection to the Report and Recommendation within the time allotted.